# ROBERT BRADLEY BLACKMAN
## ATTORNEY AT LAW
1978 Route 27
Edison, New Jersey 08817
Telephone: (732) 287-8420
Facsimile: (732) 287-8426

March 18, 2010

Federal Probation Department
50 Walnut Street - Room 1005
Newark, N.J 07102

Via: regular mail

> Re: Ashon Fisher
> Inmate No: 27091-050

Dear Sir or Madam:

I am writing on behalf of Ashon Fisher who, I understand will be eligible to be released to a halfway house on or about August 1, 2010.

Mr. Fisher and his family are asking that you consider home confinement as opposed to released to a halfway house because of his medical condition.

Mr. Fisher has suffered two heart attacks prior to his incarceration, has received major surgery to treat an intestinal blockage while incarcerated, and, information and belief is scheduled for another surgery to repair a second intestinal blockage. Mr. Fishers weight has dropped from approximately 400 pounds to approximately 140 pounds while incarcerated.

Mr. Fisher and his family believe that home confinement will enable the family to assist in restoring Mr. Fisher's health as they will be able to care for him 24/7. Please advise.

Very truly yours,

ROBERT BRADLEY BLACKMAN
RBB/mcb

cc: Beverly Fisher

*[Handwritten note:]* 4/15/10 This matter is the concern of the Bureau of Prisons. The request is Denied. Peter G. Sheridan

*[Handwritten:]* CR. 07-652 (PGS)